USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VASIF "VINCENT" BASANK; FREDDY BARRERA CARRERRO; MANUEL BENITEZ PINEDA; MIGUEL ANGEL HERNANDEZ BALBUENA; LATOYA LEGALL; CARLOS MARTINEZ; ESTANLIG MAZARIEGOS; MANUEL MENENDEZ; ANTAR ANDRES PENA; and ISIDRO PICAZO NICOLAS,

*Petitioner*,

-against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement; and CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security,

*Respondents*.

20 Civ. 2158 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that a telephonic hearing will be held on **March 26, 2020**, at **12:00 p.m.**, on the Petitioners' application for a temporary restraining order, ECF No. 6.

The parties are directed to call: 888-398-2342 or 215-861-0674, access code: 5598827.

SO ORDERED.

Dated: March 26, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge