```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
VASIF "VINCENT" BASANK; FREDDY BARRERA CARRERRO; MANUEL BENITEZ PINEDA; MIGUEL ANGEL HERNANDEZ BALBUENA; LATOYA LEGALL; CARLOS MARTINEZ; ESTANLIG MAZARIEGOS; MANUEL MENENDEZ; ANTAR ANDRES PENA; ISIDRO PICAZO NICOLAS; KENNY ALFARO; MILTON BARBECHO; THIERRY BARNEBOUGLE; FELIPE DIAZ PRESBOT; NATHANIEL LAWRENCE; EDSON LOUIS; FREDY OLAYA LUGO; JOSE MOLINA; JOB VELASQUEZ ESTRADA; and JOSUE VALLEJO,

*Petitioners,*

-against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement; and CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security,

*Respondents.*

20 Civ. 2518 (AT)

**ORDER TO SHOW CAUSE**

ANALISA TORRES, District Judge:

Upon consideration of the Declaration of Mary S. (Van Houten) Harper dated March 31, 2020, the Notice of Motion for Leave to Amend to File the Second Amended Petition, the Memorandum of Law, the proposed Second Amended Petition attached as Exhibit A, and a version of the Second Amended Petition showing proposed changes attached as Exhibit B, ECF No. 14, pursuant to Rules 15(a) and 21 of the Federal Rules of Civil Procedure, it is hereby ORDERED that:

1. By **April 2, 2020**, at **12:00 p.m.**, Respondents shall file a return on the Order to Show Cause why the Motion for Leave to Amend should not be granted.
2. By **April 1, 2020**, at **1:00 p.m.**, Petitioners shall serve a copy of this Order to Show Cause and all papers filed at ECF No. 14 upon Respondents. Service by email shall be deemed sufficient.
3. By **April 1, 2020**, at **5:00 p.m.**, Petitioners shall file proof of service to the docket.

SO ORDERED.

Dated: April 1, 2020
New York, New York

ANALISA TORRES
United States District Judge