UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VASIF "VINCENT" BASANK, *et al.*,

        *Petitioners*,

    -against-

THOMAS DECKER, *et al.*,

        *Respondents*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/2/2020_

20 Civ. 2518 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Petitioners, Vasif "Vincent" Basank, Freddy Barrera Carrerro, Manuel Benitez Pineda, Miguel Angel Hernandez Balbuena, Latoya Legall, Carlos Martinez, Estanlig Mazariegos, Manuel Menendez, Antar Andres Pena, and Isidro Picazo Nicolas, move for an order amending their Petition for Writ of Habeas Corpus (the "Petition") to add ten additional petitioners: Kenny Alfaro, Milton Barbecho, Thierry Barnebougle, Felipe Diaz Presbot, Nathaniel Lawrence, Edson Louis, Fredy Olaya Lugo, Jose Molina, Job Velasquez Estrada, and Josue Vallejo (collectively, the "Proposed Petitioners"). ECF No. 14.

    Federal Rule of Civil Procedure 21, which governs the addition or withdrawal of parties, provides that, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. "The grant or denial of a motion to bring in a party lies in the discretion of the" district court. *Renard v. Dillman*, 162 F.3d 1148, 1998 WL 642474, at *2 (2d Cir. 1998) (unpub.). The Court concludes that joining the Proposed Petitioners would have an adverse impact on the judicial system, because it might create the appearance that the Court was permitting the parties to engage in "forum shopping." *See Coronel v. Decker*, 20 Civ. 2472, ECF No. 35 (S.D.N.Y. Mar. 31, 2020) (denying request to join additional parties to habeas petition to avoid the appearance of assisting the parties in seeking out a favorable forum).

    Accordingly, Petitioners' request to add the Proposed Petitioners is DENIED. The Proposed Petitioners may immediately refile their petition with the Clerk of Court for random assignment.

    SO ORDERED.

Dated: April 2, 2020
       New York, New York

                                            _____
                                             ANALISA TORRES
                                         United States District Judge