UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VASIF "VINCENT" BASANK, *et al.*,

                      *Petitioners,*

-against-

THOMAS DECKER, *et al.*,

                    *Respondents.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2020
```

20 Civ. 2518 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties, having briefed their positions in response to the Court's order to show cause why the temporary restraining order ("TRO"), ECF No. 11, should not be converted to a preliminary injunction, *see id.* at 15, it is hereby ORDERED that the TRO shall remain in effect until **April 23, 2020**, at **6:30 p.m.**

    The Court finds that good cause exists under Rule 65(b)(2) of the Federal Rules of Civil Procedure to extend the TRO for an additional 14 days, because such time will allow the Court to consider the record, and because the extension is supported by the reasons stated in the Court's decision granting the TRO.  *See In re Criminal Contempt Proceedings Against Gerald Crawford, Michael Warren*, 329 F.3d 131, 136–39 (2d Cir. 2003) (holding that the TRO, extended for good cause pending resolution of the preliminary injunction proceedings, was a valid basis for appellants' contempt convictions); *Armstrong v. Real Estate Int'l, Ltd.*, No. 05 Civ. 5383, 2006 WL 354983, at *2 (E.D.N.Y. Feb. 14, 2006) (extending the TRO until the court issued its decision on the pending preliminary injunction motion); *see also* Charles Alan Wright & Arthur R. Miller, 11A Federal Practice & Procedure § 2953 (3d ed. 2016) (noting that a court may extend a TRO for good cause).

    SO ORDERED.

Dated: April 8, 2020
       New York, New York

                                  ANALISA TORRES
                           United States District Judge