```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VASIF "VINCENT" BASANK; FREDDY BARRERA CARRERRO; MANUEL BENITEZ PINEDA; MIGUEL ANGEL HERNANDEZ BALBUENA; LATOYA LEGALL; CARLOS MARTINEZ; ESTANLIG MAZARIEGOS; MANUEL MENENDEZ; ANTAR ANDRES PENA; and ISIDRO PICAZO NICOLAS,

          Petitioners,

-against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigration and Customs Enforcement; CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security,

          Respondents.

20 Civ. 2518 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 23, 2020, the Court granted Petitioners' application for a preliminary injunction and directed the parties to propose reasonable conditions of release for Petitioners. ECF No. 32. Having reviewed the parties' proposed conditions, ECF No. 37, it is ORDERED that the following conditions of release shall apply to Antar Andres Pena:

1. Petitioner shall reside only at the address provided to the Court in the parties' joint filing on April 27, 2020;

2. Petitioner shall comply with all national, state, local, and Centers for Disease Control and Prevention guidelines and orders regarding COVID-19;

3. Petitioner shall be subject to telephonic monitoring by Immigrations and Customs Enforcement ("ICE");

4. Petitioner shall provide ICE with a working telephone number at which he may be reached;

5. Petitioner shall not commit a federal, state, or local crime; and

6. Petitioner shall appear for any court hearings at which his presence is required, including proceedings before an immigration judge.

SO ORDERED.

Dated: April 27, 2020
      New York, New York

ANALISA TORRES
United States District Judge