```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
VASIF "VINCENT" BASANK; FREDDY
BARRERA CARRERRO; MANUEL BENITEZ
PINEDA; MIGUEL ANGEL HERNANDEZ
BALBUENA; LATOYA LEGALL; CARLOS
MARTINEZ; ESTANLIG MAZARIEGOS;
MANUEL MENENDEZ; ANTAR ANDRES
PENA; and ISIDRO PICAZO NICOLAS,

                     *Petitioners*,

-against-

THOMAS DECKER, in his official capacity as
Director of the New York Field Office of U.S.
Immigration and Customs Enforcement; CHAD
WOLF, in his official capacity as Acting
Secretary, U.S. Department of Homeland
Security,

                     *Respondents*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/27/2020__
```

20 Civ. 2518 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 23, 2020, the Court granted Petitioners' application for a preliminary injunction and directed the parties to propose reasonable conditions of release for Petitioners. ECF No. 32. Having reviewed the parties' proposed conditions, ECF No. 37, it is ORDERED that the following conditions of release shall apply to Freddy Barrera Carrerro:

1. Petitioner shall reside only at the address provided to the Court in the parties' joint filing on April 27, 2020;

2. Petitioner shall comply with the order of protection issued in connection with his November 20, 2019 disorderly conduct conviction;

3. Petitioner shall comply with all national, state, local, and Centers for Disease Control and Prevention guidelines and orders regarding COVID-19;

4. Petitioner shall be subject to electronic monitoring by Immigrations and Customs Enforcement ("ICE") via a GPS ankle bracelet;

5. Petitioner shall be subject to telephonic monitoring by ICE;

6. Petitioner shall provide ICE with a working telephone number at which he may be reached;

7. Petitioner shall not commit a federal, state, or local crime; and

8. Petitioner shall appear for any court hearings at which his presence is required, including proceedings before an immigration judge.

SO ORDERED.

Dated: April 27, 2020
   New York, New York

_____
ANALISA TORRES
United States District Judge