

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2021

July 8, 2021

VIA ECF

Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

  Re: Basank v. Decker, 20-cv-02518
    Request for Modifications in Conditions of Release for Estanlig Mazariegos

Dear Judge Torres:

  Petitioner writes to respectfully request that the Court modify the conditions of release for Estanlig Mazariegos ("Mr. Mazariegos") by ordering that his ankle monitor be removed and that he be released from home confinement. I have consulted with counsel for Respondents and Immigration and Customs Enforcement ("ICE") does not oppose this request.

  Mr. Mazariegos was released from immigration custody pursuant to this Court's March 26, 2020 order. ECF 11. The court-ordered ankle monitor causes Mr. Mazariegos significant pain and discomfort because of long-standing medical issues. Mr. Mazariegos is married to a U.S. Citizen and is the beneficiary of an approved I-130, Petition for Alien Relative, through which he may be eligible to apply to adjust his status to lawful permanent resident.

  We are happy to provide any additional information that is helpful to the Court. Thank you for considering this matter.

GRANTED.

SO ORDERED.

Dated: July 9, 2021
   New York, New York

*[signature]*

ANALISA TORRES
United States District Judge