UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VASIF "VINCENT" BASANK, ET AL.,

               Petitioners,

    -against-

THOMAS DECKER, ET AL.,

               Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2026

20 Civ. 2518 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **April 30, 2026**, the parties shall file a status update in this action.

    SO ORDERED.

Dated: April 1, 2026
      New York, New York

                                   ANALISA TORRES
                        United States District Judge