USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: __9/15/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VASIF "VINCENT" BASANK,

Petitioners,

-against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement; and CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security,

Respondents.

20 Civ. 2518 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court directed the parties to file a status update by September 14, 2026. *See* ECF No. 65, which they have failed to do. Accordingly, the parties shall submit their status update by **September 21, 2026**.

SO ORDERED.

Dated: September 15, 2026
New York, New York

ANALISA TORRES
United States District Judge