USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: __10/22/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VASIF "VINCENT" BASANK, et al.,

Petitioners,

-against-

THOMAS DECKER, et al.,

Respondents.

20 Civ. 2518 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties were directed to file a status update by October 21, 2026. *See* ECF No. 68. They have failed to do so. Accordingly, the parties shall submit their status update by **October 28, 2026**.

SO ORDERED.

Dated: October 22, 2026
New York, New York

ANALISA TORRES
United States District Judge